United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAMON CHARLES WILLIAMS,

Plaintiff,

v.

COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY ALAMEDA, CASE NO.: 448689B PEOPLE V. DAMON WILLIAMS, HEREINAFTER INFERIOR COURT, HAYWARD HALL OF JUSTICE COURTHOUSE, GARY PICETTI, AN HONORABLE JUDGE, DISTRICT ATTORNEY'S OFFICE, DISTRICT ATTORNEY NANCY O'MALLEY, GEORGIA SANTOS, A DEPUTY DISTRICT ATTORNEY, DAVID LIM, A DEPUTY DISTRICT ATTORNEY, MICHEAL O'CONNOR, AN ASSISTANT DISTRICT ATTORNEY, INSPECTOR III PAT JOHNSON #245, INSPECTOR II M. OPPIDO #247, INSPECTOR II R. MILLER #277, INSPECTOR II M. HATHCOX #301, INSPECTOR II J. ISRAEL #297, TOWANDA LEE, CHIEF ASSISTANT OF ASSISTANT DISTRICT ATTORNEY,

Defendants.
_______________________________________/

No. C 14-04231 WHA

**ORDER EXTENDING DEADLINES FOR OPPOSITION AND REPLY**

Defendant County of Alameda filed a motion to dismiss, noticed for a hearing on December 11. The deadline for *pro se* plaintiff Damon Williams to file an opposition has elapsed and no opposition has been filed. Nevertheless, the following extension is granted. Plaintiff has until **NOVEMBER 28, 2014, AT NOON** to file an opposition. Defendant has until **DECEMBER 4, AT NOON** to file a reply. Plaintiff will please be aware that failure to timely file an opposition may result in an order granting defendant's motion.

**IT IS SO ORDERED.**

Dated: November 20, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE